CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

WILLIAM (BILL) ADAMS
wadams@nmalawfirm.com
NORTON MOORE & ADAMS LLP
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 233-8200
Facsimile: (619) 231-7595
Attorney for Defendants
Marechiaros, Inc. and PJAG, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PJAG, LLC, a California Limited Liability Company;<br>MARECHIAROS, Inc., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 3:18-CV-01117-BAS-KSC<br><br>**JOINT NOTICE OF SETTLEMENT** |

1   The parties have reached a completely settlement in this case. The parties are
2 circulating the settlement paperwork and anticipate dismissing this case, with prejudice,
3 in its entirety within 30 days. The parties respectfully request that the pending motion
4 to dismiss be vacated.
5
6 Dated: October 17, 2018           CENTER FOR DISABILITY ACCESS
7
8                                   By:  /s/ Phyl Grace
                                         Phyl Grace
9                                        Attorneys for Plaintiff
10 Dated: October 17, 2018           NORTON MOORE & ADAMS LLP
11
12                                  By:  /s/ William Adams
                                         William Adams
13                                       Attorney for Defendants