CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com
Attorneys for Plaintiff

WILLIAM A. ADAMS (SBN: 135035)
wadams@nmalawfirm.com
NORTON MOORE & ADAMS LLP
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 233-8200
Facsimile: (619) 393-0461
Attorney for Defendants
Marechiaros, Inc. and PJAG, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PJAG, LLC, a California Limited Liability Company; MARECHIAROS, Inc., a California Corporation; and Does 1-10,<br><br>　　　　Defendants, | Case: 3:18-CV-01117-BAS-KSC<br><br>**JOINT MOTION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)** |

1

# **MOTION**

Pursuant to F.R.CIV.P. 41 (a)(1), the parties hereby apply to the court that this action shall be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This motion is made as the matter has been resolved between the parties.

Dated: November 27, 2018     CENTER FOR DISABILITY ACCESS

                                                   By:   /s/ Phyl Grace
                                                        Phyl Grace
                                                        Attorneys for Plaintiff

Dated: November 27, 2018     NORTON MOORE & ADAMS LLP

                                                 By:   /s/ William A. Adams
                                                     William A. Adams
                                                     Attorney for Defendants
                                                     Marechiaros, Inc. and PJAG, LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to William A. Adams, counsel for Marechiaros, Inc. and PJAG, LLC, and that I have obtained Mr. Adams 's authorization to affix his electronic signature to this document.

Dated: November 27, 2018     CENTER FOR DISABILITY ACCESS

                                 By:     /s/ Phyl Grace
                                             Phyl Grace
                                             Attorneys for Plaintiff