# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>  Plaintiff,<br><br>v.<br><br>PJAG, LLC, et al.,<br><br>  Defendants. | Case No. 18-cv-1117-BAS-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF No. 11]** |

Presently before the Court is the Parties' Joint Motion for Dismissal. (ECF No. 11.) The Parties request this matter be dismissed with prejudice. Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated, each party is to bear its own attorneys' fees and costs. The Clerk is instructed to close the file.

**IT IS SO ORDERED.**

**DATED: November 28, 2018**

Hon. Cynthia Bashant
United States District Judge